UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Horacio Garcia, ) | Case No. 8:18-CV-01804 (VEB) |
| ) | |
| Plaintiff, ) | ORDER RE: |
| vs. ) | STIPULATION FOR AWARD AND PAYMENT OF ATTORNEYS' FEES |
| ) | PURSUANT TO THE EQUAL ACCESS TO |
| Andrew Saul, Commissioner of ) | JUSTICE ACT, 28 U.S.C. § 2412(d), AND |
| Social Security ) | COSTS PURSUANT TO 28 U.S.C. § 1920 |
| Defendant. ) | |

Based upon the parties' Joint Stipulation for Award and Payment of Attorneys' Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and Costs pursuant to 28 U.S.C. § 1920 ("Stipulation"); and the Court having given the matter due deliberation; it is therefore hereby

ORDERED that Plaintiff be awarded Ninth Thousand Five Hundred Dollars ($9,500), and Zero Cents in attorneys' fees, under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and Zero Dollars and Zero Cents ($0.00) in costs, under 28 U.S.C. § 1920, subject to the terms of the Stipulation.

DATED this 15th day of June 2020,

/s/Victor E. Bianchini
VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE